IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMON E. JACKSON, | No. CIV S-08-2502-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's second motion to proceed in forma pauperis (Doc. 14).  Plaintiff was granted leave to proceed in forma pauperis on November 12, 2008 (Doc. 8).  Plaintiff's second request is therefore unnecessary and is denied as duplicative. Plaintiff will continue to be able to proceed in this case in forma pauperis.

IT IS SO ORDERED.

DATED: July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1