**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMON E. JACKSON, | No. CIV S-08-2502-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 25, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2009, are adopted in full;

2. Defendant Jackson is dismissed from this action; and

3. This case will proceed on Plaintiff's first amended complaint against defendants Sisto, Sequira, Gums and Fuizzotti only.

DATED: August 10, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE